# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ADELINE E. RICHARDS,** )<br>)<br>**PLAINTIFF** )<br>)<br>**v.** )<br>)<br>**CITY OF BANGOR, MAINE,** )<br>)<br>**DEFENDANT** ) | **CIVIL NO. 1:11-CV-446-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 25, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on Motion to Dismiss. The defendant filed an objection to the Recommended Decision on June 11, 2012. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion to dismiss is **GRANTED IN PART AND DENIED IN PART** as follows: Counts I and IV are **DISMISSED** as time-barred. The

motion to dismiss is **DENIED** as to all the federal counts.  The motion to strike is **DENIED**.

    **SO ORDERED.**

    **DATED THIS 28TH DAY OF JUNE, 2012**

/S/D. BROCK HORNBY  
**D. BROCK HORNBY**  
**UNITED STATES DISTRICT JUDGE**

2